UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $26,805.00 IN U.S. CURRENCY, et al.,<br><br>    Defendants. | No.  2:15-cv-1273-TLN-KJN<br><br><br><br>ORDER |

Presently pending before the court is the United States' motion for default judgment and final judgment of forfeiture.  (ECF No. 13.)  Any opposition to the motion shall be filed no later than September 15, 2015.  Any reply to the opposition, if any, shall be filed no later than September 29, 2015.  The United States shall forthwith serve a copy of this order and the underlying motion papers on all known potential claimants by U.S. mail at their last-known addresses.

IT IS SO ORDERED.

Dated:  August 18, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1