BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CV-01273-TLN-KJN |
| Plaintiff, | |
| v. | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM OCTOBER 30, 2015 TO DECEMBER 31, 2015; PROPOSED ORDER |
| APPROXIMATELY $26,805.00 IN U.S. CURRENCY, and | |
| 2015 DODGE 1500 TRUCK, VIN: 3C6JR6AT5FG554362, CALIFORNIA LICENSE NUMBER: 95046T1, | |
| Defendants. | |

The United States submits the following Request to Extend the Deadline to file a Joint Status Report ("JSR") from October 30, 2015 to December 31, 2015.  For the reasons set forth below, there is good cause to continue the deadline to file a JSR.

**Introduction**

On June 15, 2015, the United States filed a civil forfeiture complaint against the above-captioned currency and defendant vehicle ("defendant assets"), based on its involvement in federal drug law violations.  All known potential claimants to the defendant assets were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began

on June 20, 2015, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on July 20, 2015.

### Good Cause

The United States has diligently pursued its forfeiture case against the defendant assets and noticed all known potential claimants as required by the Supplemental Rules governing forfeiture cases. To date, no party has filed a claim or answer in this case. On July 24, 2015, clerk's defaults were entered against Daniel Potter, Susan Gee, Mark Spooner, Carole Loy, Roderick Battle and Brianna Bennallack. On August 14, 2015, the United States filed a motion for default judgment and final judgment of forfeiture against all potential claimants. On October 21, 2015, Judge Kendall J. Newman signed the Findings and Recommendations recommending that the Court grant the Motion for Default Judgment. Potential claimants have 14 days from October 21, 2015 to object to the Findings and Recommendations. If no objections are filed, the pending Motion for Default Judgment, if/when granted, would terminate the case.

Accordingly, there is good cause to extend the deadline to file a joint status report in this case from October 30, 2015 to December 31, 2015, or to a date the Court deems appropriate.

Dated:   10/22/15           BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ Kevin C. Khasigian
                            KEVIN C. KHASIGIAN
                            Assistant U.S. Attorney

### ORDER

The Court finds that there is good cause to extend the deadline to file a joint status report in this case from October 30, 2015 to December 31, 2015.

IT IS SO ORDERED.

Dated:  October 23, 2015

Troy L. Nunley
United States District Judge