UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Approximately $26,805.00 in U.S. Currency, et al.,<br><br>　　　　　Defendant. | Case No.  2:15-cv-01273-TLN-KJN<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants Roderick Battle, Brianna Bennallack, Susan Gee, Carole Loy, Daniel Potter, Mark Spooner.

Date: December 08, 2015　　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ R. Becknal
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk